UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

CASE NO. 21-20668

-v-

HON. NANCY G. EDMUNDS

TYLIQUIE QUAYSHAWN CAMPBELL,

Defendant.
_______________________________________/

**GOVERNMENT'S SENTENCING MEMORANDUM**

Tyliquie Campbell was involved in a shooting incident that endangered at least a dozen innocent people. Campbell must have known the shooting was going to happen. Along with two others, he came armed with three firearms, all equipped with extended magazines. The shooting incident, which occurred outside of an open restaurant, sent bullets into occupied homes and damaged cars. At the time, Campbell was on probation for threatening to blow up a school. The shooting incident was his third probation violation.

His first probation violation was a charge of resisting arrest. His second was a charge of felonious assault; he pulled a gun on a driver delivering food. After the government charged Campbell with Felon in Possession of a Firearm for the shooting incident, he fled the jurisdiction. His state probation officer characterized his behavior as "overall deviant behavior in the community."

Campbell has demonstrated an absolute disregard for court orders or the law. He admitted he liked to be around things he shouldn't. Inevitably, his behavior will cause serious and irreversible harm. To protect the public, to deter future criminal behavior, and to protect him from himself, the Court should impose a sentence at the top end of his advisory guideline range of 30 to 37 months.

## I. STATEMENT OF FACTS

Over the last year, the city of Pontiac has suffered from an increase in firearm violence. The ATF determined that shootings, in particular, increased as a result of fighting between two rival gangs; "R Block" and "4 Block". The fighting has resulted in over fifty shootings in the last sixteen months. Campbell is a member of R Block. His Facebook profile is "Rblock Tcee." Campbell became a person of interest based on his online activity, his status as a prohibited person, and his involvement with a shooting on September 4, 2021.

### A. Shooting at the Elam Brother's Restaurant

On September 4, 2021, the Oakland County Sheriff's Office received a 911 call regarding shots fired at the Elam Brothers Restaurant. Responding deputies found gunshot damage to two vehicles in the parking lot, shell casings on the ground, and reports that someone was shot. One of the vehicles had a shattered rear window. The shooting victim, who was shot in the foot, was subsequently located

at a Pontiac hospital. He refused to cooperate, answer questions, prosecute, or come to court to testify.

Surveillance footage from the restaurant showed Campbell walk into the Elam Brothers Restaurant wearing a Looney Tunes Florida Gators sweatshirt. He was with Jeremiah Williams who wore a black Nike backpack. Williams followed Campbell into the restaurant. Inside, surveillance footage showed Campbell with what appeared to be a firearm in his front right pants pocket. A third individual entered the restaurant. Soon thereafter, all three walked outside. Minutes later, all three started shooting in the parking lot. One of the witnesses reported that Campbell was involved in the shooting.

Deputies also spoke to several witnesses who attended an outdoor party at a nearby residence. The witnesses heard shots fired and observed approximately six males running from the scene. They reported that one of the males running appeared to have a gunshot wound to his foot and several had firearms in their hands. Deputies spoke to the occupants of another nearby residence. After the shooting, the residents observed a bullet hole in a window of their child's bedroom. The child was home but was not injured. A second homeowner contacted the Sheriff's Department. The occupants were asleep when they awoke to gunfire nearby. A bullet traveled through their front door, the kitchen fridge, the kitchen wall, and lodged into a hallway wall.

During their investigation, deputies conducted a property check at a home approximately 115 feet from the shooting. Near the property's detached garage, deputies heard a noise coming from inside. At the same time, Campbell exited the garage. Campbell was detained and refused to identify himself. A deputy, who previously had contact with Campbell, verified his identity.

Deputies continued a search of the backyard. They observed Jeremiah Williams in the bushes leaning against a fence. Approximately twenty feet from Williams was the black Nike backpack. Inside the Nike backpack, deputies located three firearms: (1) one black Glock 23 .40 caliber pistol with one round in the chamber and an inserted extended magazine with three rounds (hereinafter "the subject firearm"); (2) one black Glock 23 .40 caliber pistol with one round in the chamber and twenty-three rounds in the "drum" magazine inserted in the firearm; and (3) one Masterpiece Arms MAP 30T 9mm with no round in the chamber and an empty extended magazine inserted in the firearm.

In a post-*Miranda* interview, Williams put himself in the restaurant's parking lot with friends when the shooting started. He explained that a Jeep drove by and started shooting at them. His friends, including Campbell, shot back. Of note, none of the witnesses reported seeing a Jeep. When asked, Williams suspected that his DNA could turn up on one of the firearms from the Nike bag. The day before, he used the firearm when he shot a music video.

On September 8, 2021, a rap video, starring Campbell and Williams, was uploaded to YouTube. The Elam Brothers Restaurant is in the background of the video. In the video, Campbell wore the same Looney Tunes Florida Gators sweatshirt and Williams wore the same black Nike backpack. The video captured Campbell brandishing a black compact Glock pistol with an extended magazine. See a screenshot of the video in Image One. The black compact Glock matched the gun from the Nike backpack seized on the day of the shooting. The video was recorded, in part, in the same location where the shooting occurred. Image Two, below, is another screenshot from the video. Campbell is holding two handguns with extended magazines. An third weapon is leaning on the door next to him.

Image One



Image Two



In another part of the rap video, Williams is in possession of a black firearm with a drum magazine. Williams's firearm in the video appears to be the same black Glock with a drum magazine recovered from his black Nike backpack.

In a separate social media post on the same day, Campbell held a black Glock with an extended magazine. He wore the same Florida Gators Loony Toons sweatshirt and jeans. See Image Three below.

<u>Image Three</u>




When Campbell learned of his federal arrest warrant, he fled to Tennessee. Campbell posted a video acknowledging that he was aware the "feds out there looking for'em . . . ." After several days, he turned himself into the USMS in Chattanooga, Tennessee. He was detained and transferred to the Eastern District of Michigan by the United States Marshal's Service.

B. <u>Campbell's prior conviction and violation of probation</u>

On November 9, 2019, OCSO was dispatched to a school in the Pontiac School District. Campbell had threatened to "mess up" the Special Education Coordinator. When asked to leave, Campbell started walking in and out of occupied classrooms. He made comments about going to "hurt someone," that

"Monday is going to be the grand finale," that he was going to hurt "everybody, they don't know who they are fucking with," and that they were "going to have a surprise on Monday." Staff at the school were advised to lock their classroom doors. In a subsequent interview, Campbell admitted he said he would "blow up the school and fuck people up." On May 2, 2019, Campbell pleaded guilty to False Report of Bomb Threat. In his state Presentence Investigation Report, Campbell apologized and promised he "learned my lesson and I will make sure it never happens again and try my hardest to stay out of trouble."

On January 31, 2021, Campbell was charged with Resisting a Police Officer. Deputies responding to a call for shots fired. When the police went to arrest Campbell and the person he was with, they fled. On July 21, 2021, an amended violation report was filed. The report alleged that, on July 15, 2021, Campbell was charged with Assault with a Dangerous Weapon. He was violated for new criminal activity. On September 7, 2021, the probation violation report was again amended to include Campbell's involvement in the September 4, 2021, shooting outside Elam Brothers Restaurant. This was Campbell's second violation of probation within three months based on an act of violence.

Campbell admitted to MDOC he was at the scene of the shooting. Contrary to the information provided by Williams and other witnesses, Campbell claimed he ran when he saw the police, denied having a firearm, and denied having any

knowledge of the shooting. Campbell told MDOC he likes to be around things he shouldn't. The violation report ended with a recommendation against HYTA status, in part, because he has "poor compliance with the Court's orders, and overall deviant behavior in the community."

Campbell frequently posted images of himself with firearms. On October 20, 2021, he re-posted an image on Snapchat of five firearms on top of a Nike bag. See Image Four below. Three of the firearms appear to be firearms seized by law enforcement after the shooting at the Elam Brother's Restaurant. The Nike backpack is the same color and size of the Nike backpack, seized from Williams, that contained the three seized guns. The three guns were entered into NIBIN. The results connected the three guns to spent casings from the shooting at the Elam Brothers Restaurant.

Image Four



C. Campbell's charge for Felonious Assault / Assault with a Dangerous Weapon

On July 15, 2021, OCSO was dispatched to a weapons complaint. Upon arrival, the victim reported he/she delivered food to a location in Pontiac. The driver knocked on the door. A black male opened the door pointing a tan gun at the driver. The male said, "oh my bad, that wasn't for you just checking over here." The male waved the gun in the air while looking past the driver. People inside the location were laughing. Someone from inside told the male "not to play like that." The driver believed God would keep her safe, but, spirituality aside, he/she was concerned that the male was going to pull the trigger. The driver said there were previous incidents at that location and it was on the no delivery list. The black male was in his twenties and wore a black hoodie that had a white box on the front with roses around the border.

On the same day, OCSO surveilled the location. They observed Campbell, wearing a black hoodie with red roses around a white box, exit the apartment with Williams. During surveillance, OCSO received a new dispatch to the same location Campbell just exited. The dispatch was for "trouble with subject" from a female who gave that address then hung up. Entry was made with consent of the homeowner. Campbell was hiding in the corner of the kitchen with all the lights off wearing the sweatshirt with roses around the white box. A handgun with an extended magazine were recovered from the closet, on top of a box in plain view,

next to the kitchen. The handgun matched the description given by the delivery driver.

In a post-*Miranda* interview, Campbell again denied any involvement with the criminal activity. He denied his possession of the firearm, the food, or touching any guns. When Campbell overheard one deputy tell another to secure the sweatshirt as evidence, Campbell said "you ain't taking my shit." The victim was later showed a six panel photo lineup. When asked to identify the person who pointed the gun at her, she identified Campbell.

## II. ADVISORY GUIDELINE RANGE

The government and the United States Probation Department have calculated Campbell's advisory guideline range at 30 to 37 months. Campbell has not objected to the calculation.

## III. LAW AND ARGUMENT

### A. <u>Nature and circumstances of the offense, history and characteristics of the defendant, 18 U.S.C. § 3553(a)(1)</u>.

Campbell engaged in a shootout, in the middle of the day, outside of a restaurant. He possessed a firearm even though he was on probation for threating to blow up a school. The shootout damaged vehicles, entered occupied homes, and put countless people at risk. One of the bullets went through the window of a child's bedroom. Another bullet traveled through the house until it was embedded into the wall in the hallway. At the time of the shooting, there was a large outdoor

party at a third residence. The restaurant had employees inside and was open for business. Mercifully, none of the innocent homeowners, their children, their guests, restaurant customers, or restaurant employees were injured.

Campbell's accomplice, Williams, had three firearms in his backpack. One of the firearms had an empty extended magazine, a second had three rounds remaining, and the third had twenty-three rounds left over. Campbell was in possession of a firearm, at the same location, the day before the shootout. Without question, witnesses saw Campbell and Williams shooting multiple rounds. With three firearms and three extended magazines, the evidence suggests that they were loaded for bear in anticipation of a shootout.

Campbell has demonstrated that he is violent, dangerous, and disinterested in following the law. Even more grievous, Campbell's contacts with law enforcement, since starting probation in May of 2019, repeatedly involved firearms. In January of 2021, he was charged with resisting a police officer after a shots fired call and a bullet went into another residence. An infant was in his residence at the time. In July of 2021, in his felonious assault case, he used a firearm on an innocent restaurant delivery driver. He did not use the gun to rob the driver. He used his gun to both scare the driver and entertain the people at the residence. In September of 2021, he engaged in the Elam Brothers Restaurant

shooting. Scattered throughout his contact with law enforcement, Campbell posted images and videos of himself with firearms.

In March of 2022, Campbell had probation, and his possibility of HYTA status, revoked. Campbell chose to continue to engage in violent conduct and possess firearms in lieu of working to improve himself and avoid a felony conviction. The Probation Department reported that Campbell had a difficult and abusive upbringing. Yet, when given an opportunity to help himself, he chose to ignore court orders and, according to his state probation officer, engage in "deviant behavior in the community."

B. The need for the sentence to reflect the seriousness of the offense, promote respect for the law, and provide just punishment, 18 U.S.C. § 3553(a)(2)(A).

There is a causality between Campbell's decision to repeatedly possess firearms and the violent acts he is involved in. Whether he intends to shoot someone or simply scare them, his dangerousness is compounded by the fact that Campbell uses firearms with grave indifference. Simply put, innocent people have been, and will continue to be in danger as long as Campbell continues to possess firearms. The Court's sentence must reflect the serious nature of his offense.

Campbell has demonstrated his apathy for the rule of law. He committed the shooting at Elam Brothers Restaurant after violating his probation twice with firearms and making rap videos with firearms. Combined with a track record of

consistently not following the orders of any court, let alone follow the law, just punishment requires a sentence near the top of Campbell's guideline range.

C. Afford adequate deterrence to criminal conduct and protect the public from further crimes, 18 U.S.C. § 3553(a)(2)(B), (C).

Specific deterrence is especially important in this case. This is Campbell's second time before a court because he possessed a firearm. There are numerous times he simply possessed a firearm on social media or in a rap video. In Campbell's case, it is just a matter of time before his possession of a "firearm can lead to 'a shooting tragedy with dire consequences, either to him or somebody else' – including the consequence of life imprisonment . . . ." *United States v. Powell-Griffin*, No. 21-2967, 2022 U.S. App. LEXIS 15387, at *4 (6th Cir. June 2, 2022). The Court's sentence can focus on deterrence to reinforce Campbell's "responsibility to act as an adult citizen, a law-abiding citizen and to avoid his association with firearms." *Id*. The message must be sent that Campbell cannot possess a gun under any circumstances.

General deterrence is also important. Given the increase in gun violence in the city of Pontiac, the Court can impose a sentence that will discourage other gang members from possessing firearms. *See United States v. Barnes*, 791 F. App'x 512, 517 (6th Cir. 2019) ("The District Court recognized the need for specific deterrence of Barnes, considering his repeated offenses regarding possession of firearms, and general deterrence, citing current nationwide gun violence issues.").

A sentence at the top of the advisory guideline range will satisfy the need for specific and general deterrence.

Such a sentence will also protect the public. Campbell cannot reside in the community until he can recognize the need to stay away from firearms. He needs to understand that violating court orders comes with a cost.

## IV. CONCLUSION

The government moves this Court to impose a sentence within the top half of the advisory guideline range to satisfy the requirements set for in 18 U.S.C. § 3553(a).

Respectfully Submitted,

DAWN A. ISON
UNITED STATES ATTORNEY

s/*Matthew Roth*
Matthew Roth
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
Phone: 313-226-9186
E-Mail: Matthew.Roth2@usdoj.gov

Dated: September 13, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, September 13, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Rhonda Brazile, Deputy Defender
Federal Community Defender Office
613 Abbott St Ste 500
Detroit, Michigan 48226-2582

s/*Matthew Roth*
Matthew Roth
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
Phone: 313-226-9186
E-Mail: Matthew.Roth2@usdoj.gov